IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| IN RE: | ) | MISC. NO. 17-00288 LEK-RLP |
| THE SEARCH OF: BOSTON WHALER | ) | |
| 370 OUTRAGE "PAINKILLER" | ) | ORDER GRANTING CHRISTOPHER J. |
| | ) | CANNON'S APPLICATION TO APPEAR |
| | ) | PRO HAC VICE |
| _____ | ) | |

ORDER GRANTING CHRISTOPHER J. CANNON'S
APPLICATION TO APPEAR PRO HAC VICE

The Court having reviewed Christopher J. Cannon's Application to Appear Pro Hac Vice and the Declaration of Counsel in support thereof, and good cause appearing therefore, IT IS ORDERED that said Application is GRANTED. Christopher J. Cannon is permitted to appear pro hac vice for Hawaii Partners, LLC and participate in this action subject to the conditions of Rule 83.1(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, OCTOBER 17, 2017.

_____
Richard L. Puglisi
United States Magistrate Judge