# MINUTES

CASE NUMBER: MC 17-00288LEK-RLP

CASE NAME: Hawaii Partners, LLC v. United States of America

ATTYS FOR PLA: Christopher J. Cannon, Esq.
Alan Y. Okamoto, Esq.

ATTY FOR DEFT: Darren Ching, AUSA

JUDGE: Richard L. Puglisi        REPORTER: C5 - not reported

DATE: November 20, 2017        TIME: 9:30 a.m. - 9:50 a.m.

COURT ACTION: EO:        STATUS CONFERENCE

Status Conference held.

Per counsel's request and agreement, a Telephonic Status Conference #2 is set for December 21, 2017 at 9:30 a.m. before Judge Puglisi.

Submitted by: Mary Feria, Courtroom Manager