Of Counsel:
DEELEY KING PANG & VAN ETTEN
A Limited Liability Law Partnership

MEGAN K. KAU    8078
1003 Bishop Street, Suite 1550
Honolulu, Hawai`i  96813
Telephone:  (808) 533-1751
Facsimile:   (808) 599-2908

Attorney for Movant
HAWAII PARTNERS LLC

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI`I

| | |
|---|---|
| IN THE MATTER<br><br>OF<br><br>THE SEARCH OF BOSTON WHALER 370 OUTRAGE "PAINKILLER" HA 9849 H, HULL IDENTIFICATION NUMBER (HIN) BWCE 1942D414 MOORED IN KEWALO BASIN HARBOR, HONOLULU, HAWAI`I | CR. 17-00288-LEK-RLP<br><br>NOTICE OF APPEARANCE OF MEGAN K. KAU FOR MOVANT HAWAII PARTNERS LLC; CERTIFICATE OF SERVICE |

NOTICE OF APPEARANCE OF MEGAN K. KAU
FOR MOVANT HAWAII PARTNERS LLC

PLEASE TAKE NOTICE that Megan K. Kau, Esq. of the law firm of Deeley King Pang & Van Etten hereby enters an appearance on behalf of Movant HAWAII PARTNERS LLC in the above-captioned matter.

Ms. Kau hereby requests to be included in service of all future pleadings, documents, and other papers served in this proceeding.

DATED: Honolulu, Hawai`i, December 20, 2017.

        /s/ Megan K. Kau
MEGAN K. KAU
Attorney for Movant
HAWAII PARTNERS LLC

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: BOSTON WHALER 370 OUTRAGE "PAINKILLER," HA 9849 H, HULL IDENTIFICATION NUMBER (HIN) BWCE 1942D414 MOORED IN KEWALO BASIN HARBOR, HONOLULU, HAWAI'I | CR. 17-00288-LEK-RLP<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been duly served upon the following parties by way of CM/ECF electronic filing, to their last known addresses on the following date:

Darren Ching
Assistant United States Attorney
PJKK Federal Building, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawai'i 96850

    Attorney for United States

    DATED: Honolulu, Hawai'i, December 20, 2017.

                                        /s/ Megan K. Kau
                                        MEGAN K. KAU
                                        Attorney for Movant
                                        HAWAII PARTNERS LLC