Of Counsel:
DEELEY KING PANG & VAN ETTEN
A Limited Liability Law Partnership

TRISTAN S.D. ANDRES   10066
1003 Bishop Street, Suite 1550
Honolulu, Hawai`i 96813
Telephone: (808) 533-1751
Facsimile: (808) 599-2908

Attorney for Movant
HAWAII PARTNERS LLC

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI`I

| | |
|---|---|
| IN THE MATTER<br><br>OF<br><br>THE SEARCH OF BOSTON WHALER 370 OUTRAGE "PAINKILLER" HA 9849 H, HULL IDENTIFICATION NUMBER (HIN) BWCE 1942D414 MOORED IN KEWALO BASIN HARBOR, HONOLULU, HAWAI`I | CR. 17-00288-LEK-RLP<br><br>NOTICE OF APPEARANCE OF TRISTAN S.D. ANDRES FOR MOVANT HAWAII PARTNERS LLC; CERTIFICATE OF SERVICE |

NOTICE OF APPEARANCE OF TRISTAN S.D. ANDRES
FOR MOVANT HAWAII PARTNERS LLC

PLEASE TAKE NOTICE that Tristan S.D. Andres, Esq. of the law firm of Deeley King Pang & Van Etten hereby enters an appearance on behalf of Movant HAWAII PARTNERS LLC in the above-captioned matter.

Mr. Andres hereby requests to be included in service of all future pleadings, documents, and other papers served in this proceeding.

DATED: Honolulu, Hawai`i, December 20, 2017.

        /s/ Tristan S.D. Andres
TRISTAN S.D. ANDRES
Attorney for Movant
HAWAII PARTNERS LLC

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI`I

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: BOSTON WHALER 370 OUTRAGE "PAINKILLER," HA 9849 H, HULL IDENTIFICATION NUMBER (HIN) BWCE 1942D414 MOORED IN KEWALO BASIN HARBOR, HONOLULU, HAWAI`I | CR. 17-00288-LEK-RLP<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been duly served upon the following parties by way of CM/ECF electronic filing, to their last known addresses on the following date:

Darren Ching
Assistant United States Attorney
PJKK Federal Building, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawai`i 96850

    Attorney for United States

DATED: Honolulu, Hawai`i, December 20, 2017.

    /s/ Tristan S.D. Andres
    TRISTAN S.D. ANDRES
    Attorney for Movant
    HAWAII PARTNERS LL