Of Counsel:
DEELEY KING PANG & VAN ETTEN
A Limited Liability Law Partnership

MEGAN K. KAU   8078
TRISTAN S.D. ANDRES   10066
1003 Bishop Street, Suite 1550
Honolulu, Hawai`i  96813
Telephone:  (808) 533-1751
Facsimile:   (808) 599-2908

Attorneys for Movant
HAWAII PARTNERS LLC

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI`I

| | |
|---|---|
| IN THE MATTER<br><br>OF<br><br>THE SEARCH OF BOSTON WHALER 370 OUTRAGE "PAINKILLER" HA 9849 H, HULL IDENTIFICATION NUMBER (HIN) BWCE 1942D414 MOORED IN KEWALO BASIN HARBOR, HONOLULU, HAWAI`I | MC. 17-00288-LEK-RLP<br><br>CERTIFICATE OF SERVICE<br><br>(Re: Movant Hawaii Partners LLC's Supplemental Memorandum in Support of Motion to Return Property, Filed October 19, 2017, filed January 5, 2018) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that, upon filing, a true and correct copy of the foregoing document will be duly served upon the following parties by way of hand delivery, to their last known addresses upon filing.

DARREN W.K. CHING, ESQ.
Assistant United States Attorney
PJKK Federal Building, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawai`i 96850
darren.ching@usdoj.gov

    Attorney for United States

    DATED: Honolulu, Hawai`i, January 8, 2018.

                                   /s/ Megan K. Kau
                                MEGAN K. KAU
                                TRISTAN S.D. ANDRES
                                Attorneys for Movant
                                HAWAII PARTNERS LLC