a:RLP  **ORIGINAL**   

SEALED
BY ORDER OF THE COURT

**WARNING:** THIS IS A SEALED DOCUMENT CONTAINING NON-PUBLIC INFORMATION

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 1 2018

at 3 o'clock and 10 min. P M
SUE BEITIA, CLERK

THOMAS J. BRADY #4472
Chief, Criminal Division

DARREN W.K. CHING #6903
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96580
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Darren.ching@usdoj.gov

Attorneys for Interested Party
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER<br><br>OF<br><br>THE SEARCH OF BOSTON WHALER, 370 OUTRAGE "PAINKILLER" HA 9849 H, HULL IDENTIFICATION NUMBER (HIN) BWCE 194D414 MOORED IN KEWALO BASIN HARBOR, HONOLULU, HAWAI'I | MC. NO. 17-00288 LEK-RLP<br>(Mag. No. 17-00909 RLP)<br><br>NOTICE OF APPEARANCE ON BEHALF OF THE UNITED STATES; CERTIFICATE OF SERVICE |

NOTICE OF APPEARANCE ON BEHALF OF THE UNITED STATES

COMES NOW, Assistant United States Attorney Darren W.C. Ching, and hereby enters his appearance before the U. S. District Court, District of Hawaii, on behalf of the United States as an Interested Party for the above-captioned case.

DATED:     JAN 1 1 2018    , at Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii

By /s/ Darren W.K. Ching
DARREN W.K. CHING
Assistant U. S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

<u>Served by U.S. Mail</u>:

MEGAN K. KAU, ESQ.
TRISTAN S.D. ANDRES, ESQ.
Deeley King Pang & Van Etten
1003 Bishop Street, Suite 1550
Pauahi Tower
Honolulu, HI 96813

Attorneys for
HAWAII PARTNERS LLC

DATED: _____JAN 1 1 2018_____, at Honolulu, Hawaii.

_____