# MINUTES

| | |
|---|---|
| CASE NUMBER: | MISC NO. 17-00288LEK-RLP |
| CASE NAME: | In The Matter Of: The Search Of: Boston Whaler 370 Outrage "Painkiller", etc. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 02/15/2018 | TIME: | |

COURT ACTION:  EO: ORDER DENYING MOVANT HAWAII PARTNERS, LLC'S REQUEST TO WITHDRAW AS COUNSEL

On December 20, 2017, Megan K. Kau, Tristan S.D. Andres and the law firm of Deely King Pang & Van Etten appeared in the instant matter on behalf of Hawaii Partners, LLC. [Dkt. No. 12.]  On January 3, 2018, these counsel were permitted to substitute as counsel for Movant Hawaii Partners, LLC. [Dkt. No. 15.]  On February 12, 2018, Hawaii Partners, LLC filed its Notice of Change of Law Firm indicating that Megan K. Kau is no longer affiliated with Deeley King Pang & Van Etten and providing counsel's new business address. [Dkt. No. 22.]

On Tristan S.D. Andres of Deely King Pang & Van Etten submitted a proposed order for withdrawal as counsel for Hawaii Partners, LLC on February 14, 2018.

Local Rule 83.6(b) governs the withdrawal of attorneys and provides, in pertinent part, as follows:

(b) Substitution and Withdrawal.  No attorney will be permitted to be substituted as attorney of record in any pending action without leave of court.  An attorney who has appeared in a case may seek to withdraw on motion showing good cause.  Withdrawal shall be effective only on court order entered after service by the withdrawing attorney of a notice of withdrawal on all counsel of record and on the withdrawing attorney's client. LR83.6(b).  To date, no motion to withdraw has been filed and granted, nor has counsel provided a declaration showing good cause for this Court to permit withdrawal.  Therefore, the proposed order is hereby DENIED WITHOUT

PREJUDICE.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager