MEGAN K. KAU 8078
810 Richards Street, Suite 330
Honolulu, Hawai`i 96813
Telephone: (808) 864-8896
mk@megkaulaw.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 02 2018

at __ o'clock and __ min. P M
SUE BEITIA, CLERK

ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI`I

| | |
|---|---|
| IN THE MATTER<br><br>OF<br><br>THE SEARCH OF BOSTON WHALER 370 OUTRAGE "PAINKILLER" HA 9849 H, HULL IDENTIFICATION NUMBER (HIN) BWCE 1942D414 MOORED IN KEWALO BASIN HARBOR, HONOLULU, HAWAI`I | Misc. No. 17-00288-LEK RLP<br>Mag. No. 17-00909 RLP<br><br>CERTIFICATE OF SERVICE<br><br>(Re: Hawaii Partners LLC's Objections to the Findings and Recommendation to Deny Hawaii Partners, LLC's Motion for Return of Property, Filed February 16, 2018) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, upon filing, a true and correct copy of the foregoing document will be duly served upon the following parties by way of hand delivery, to their last known addresses.

DARREN W.K. CHING, ESQ.
Assistant United States Attorney
PJKK Federal Building, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawai`i 96850
darren.ching@usdoj.gov
  Attorney for United States

DATED: Honolulu, Hawai`i, February 12, 2018.

                                        /s/ Megan K. Kau
                                    MEGAN K. KAU
                                    Attorney for Movant
                                    Hawaii Partners LLC